UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LUCILLE S. JACKSON**, | Civil Case No. 1:13-CV-01314-KI |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| **CAROLYN W. COLVIN,**<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Kathryn Tassinari
Mark Manning
Harder, Wells, Baron & Manning, P.C.
474 Willamette, Suite 200
Eugene, Oregon 97401

    Attorneys for Plaintiff

Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Erin F. Highland
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing

    Dated this       14th       day of October, 2014.

                    /s/ Garr M. King
                    Garr M. King
                    United States District Judge